1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHELLE RODRIGUEZ
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2700

FILED

MAR 16 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) MAG. NO. 06-0070-kjm |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| | ) MOTION TO DISMISS |
| NAZIR AHMED FAZEL, | ) AND (~~proposed~~) ORDER |
| Defendant. | ) |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against NAZIR AHMED FAZEL.

DATED: March 16, 2010            BENJAMIN B. WAGNER
                                 Acting United States Attorney
                                 /s/ Michelle Rodriguez
                                 By _____
                                 MICHELLE RODRIGUEZ
                                 Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the Complaint in MAG No. 06-0070-kjm against defendant NAZIR AHMED FAZEL is GRANTED.

DATED: 3/16/10            _____
                          HON. DALE A. DROZD
                          U.S. Magistrate Court Judge